```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ERIC G. LOWE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S-12-297 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| ERIC G. LOWE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter came on calendar for a status conference hearing on November 6, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michelle Prince appeared for Kyle Reardon on behalf of the United States of America. Assistant Federal Defender Matthew Scoble appeared on behalf of Defendant Eric G. Lowe, who was present before the court and in custody.

     Defense counsel explained that a settlement offer had just been received and the defense needed time to discuss the matter with Mr Lowe. Defense counsel therefore requested that this matter be set for a

1  further status conference on December 11, 2012, at 9:15 am.
2       The parties agreed on the need for additional time.
3       **IT IS HEREBY ORDERED** that this matter be set for further status
4  conference on December 11, 2012 at 9:15 am..
5       **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
6  and (B)(iv), and Local Code T4, the period from November 6, 2012, up to
7  and including December 11, 2012, is excluded from the time computations
8  required by the Speedy Trial Act due to counsel preparation.
9       **THE COURT SPECIFICALLY FINDS** that the ends of justice served by
10 granting a continuance outweigh the interests of the public and the
11 defendants in a speedy trial.

13 Dated: November 13, 2012

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT